# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# CIVIL MINUTES

**CASE NO.: 4:23-cv-76-DMB-JMV**  **PLACE HELD – Telephonic**

**ISAIAH STEWART**

**VS.**

**CARMAX AUTO SUPERSTORES SERVICES, INC. AND CONSUMER PROGRAM ADMINISTRATORS, INC.**

**DATE & TIME BEGUN/ENDED:** August 23, 2023
10:00 a.m. – 1:00 p.m.

Total Time – 3 hours

**PRESENT:**

**Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorney for plaintiff** | **Attorney for defendants** |
| --- | --- |
| Daniel D. Ware | Ryan A. Burgett |

Isaiah Stewart, plaintiff

**PROCEEDINGS:** Settlement Conference

**Docket Entry:** A telephonic settlement conference was held. The case **was settled.**

**DAVID CREWS, CLERK**

**By:** /s/ *Itonia R. Williams*
Courtroom Deputy