UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| ISAIAH STEWART, § <br> §<br>     **Plaintiff,** § <br> §<br> v. § <br> §<br> CARMAX AUTO SUPERSTORES § <br> SERVICES, INC. AND CONSUMER § <br> PROGRAM ADMINISTRATORS, § <br> INC., § <br> §<br>     **Defendants.** § | CIVIL NO. 4:23-cv-00076-DMB-JMV |

## AMENDED MOTION TO ENFORCE SETTLEMENT AGREEMENT

COME NOW Defendants, CarMax Auto Superstores, Inc., incorrectly named as CarMax Auto Superstores Services, Inc. ("CarMax"), and Consumer Program Administrators, Inc. ("CPA"), (together, "Defendants"), through their undersigned counsel, and file this Amended Motion to Enforce Settlement Agreement (the "Amended Motion").

Defendants rely on their Memorandum of Law filed concurrently herewith.

WHEREFORE, Defendants respectfully request the Court grant their Amended Motion to Enforce Settlement Agreement and such other and further relief to which Defendants may be entitled.

Dated: September 14, 2023

                                                  Respectfully submitted,

                                                  **HUSCH BLACKWELL LLP**

                                                  */s/Ryan A. Burgett*
                                                  Ryan A. Burgett
                                                  Mississippi Bar No. 105090
                                                  736 Georgia Avenue, Suite 300
                                                  Chattanooga, TN 37402
                                                  Telephone: (423) 266-5500
                                                  Facsimile: (423) 266-5499

HB: 4874-6013-9903.1

Email: ryan.burgett@huschblackwell.com

***Attorneys for Defendant CarMax Auto Superstores, Inc. and Consumer Program Administrators, Inc.***

## CERTIFICATE OF SERVICE

 I certify that a copy of the foregoing Amended Motion to Enforce Settlement Agreement has been served upon the following on this the 14th day of September, 2023 via the Court's electronic filing system:

Daniel D. Ware
WARE LAW FIRM, PLLC
103 3rd Street NW
Magee, Mississippi 39111
dware@warelawfirm.com
*Attorneys for Plaintiff*

            By: */s/Ryan A. Burgett*
              Ryan A. Burgett