**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| ISAIAH STEWART, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 4:23-cv-00076-DMB-JMV |
| § | |
| CARMAX AUTO SUPERSTORES § | |
| SERVICES, INC. AND CONSUMER § | |
| PROGRAM ADMINISTRATORS, § | |
| INC., § | |
| § | |
| Defendants. § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Isaiah Stewart, and Defendants, CarMax Auto Superstores, Inc., incorrectly named as CarMax Auto Superstores Services, Inc. ("CarMax"), and Consumer Program Administrators, Inc. ("CPA"), (collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and through their undersigned counsel, respectfully stipulate and dismiss this case in its entirety and with prejudice. Plaintiff will bear his own costs, fees, and expenses. CarMax will bear its and CPA's costs, fees, and expenses.

Date: 11/8/2023

Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Ryan A. Burgett*
Ryan A. Burgett, MS Bar No. 105090
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: 423.266.5500; Fax: 423.266-5499
Email: ryan.burgett@huschblackwell.com

***Attorneys for Defendants CarMax Auto Superstores, Inc. and Consumer Program Administrators, Inc.***

- AND -

1

**WARE LAW FIRM PLLC**

*/s/Daniel D. Ware (by RAB with permission)*
Daniel D. Ware, MS Bar No. 10847
103 3rd Street NW
Magee, Mississippi 39111
Telephone: (601) 439-7079
Email: dware@warelawfirm.com

***Attorneys for Plaintiff Isaiah Stewart***

- AND -

**ISAIAH STEWART**

*Isaiah Stewart*
Isaiah Stewart
Post Office Box 552
Clarksdale, Mississippi 8614

***Plaintiff***

2

HB: 4877-2301-1453.1

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Joint Stipulation of Dismissal With Prejudice has been served upon the following on this the 8th day of November, 2023 via the Court's electronic filing system:

Daniel D. Ware
WARE LAW FIRM, PLLC
103 3rd Street NW
Magee, Mississippi 39111
dware@warelawfirm.com
*Attorneys for Plaintiff*

                              By: */s/Ryan A. Burgett*
                                    Ryan A. Burgett